RECEIVED
SDNY PRO SE OFFICE
2016 OCT 11  AM 11:06

IN The united State District Court
for the Southern district of New york

James Thomas

v.

The City of New York
Lt miguel Lopez
Officer Antonio madera shield 19687
Officer Jose Bravo
Etc

16CV 7937

Complaint

1) Plaintiff James Thomas Pro se for the Complaint state as follow

2) Plaintiff James Thomas Confined in Clinton Correctional Facility

3) Plaintiff James Thomas is and was at all times mentioned herein an adult Citizen of the united states of New York

4) Defendant miguel Lopez
5) Defendant Jose Bravo
6) Defendant Antonio Madera

7) Defendants Are herein relevant as Citizen of the state of New

8. This action arises under and is brought Pursuant to 42 USC Section 1983 to remedy the deprivation under Color of states law of Rights guaranteed by the Eighth and Fourteenth Amendments to the United States Constitution. This Court has Jurisdiction Over this Action

9. Plaintiffs Claim For injunctive relief are authorized by 28 USC

10. This action arose in the southern district of New-York

11. Plaintiff has filed no other lawsuits dealing with the Same facts

12

Statement of claim

On or about the year of Dec 27 1999 at within the metropolan and Parkchir area 6 train line I was walking with Audrey Thompson ~~Singelton~~ to the train station and was sexually harrassed by a won white who came up to me and touched me between my legs and told me that if I do not have sex with him that he is gonna have the Police think I am a Criminal because he is a Informer. Me and Audrey Thompson ~~Singelton~~ then seen him get into Police Car and we walked to Police Car and told Officer Lopez that I was threaten and he did nothing to remedy the wrong and I am being subjected to ongoing of harassment and many excessive use of force of memory lost do to excessive where I was beaten into gaps use of force and a unconstitional Policy and Custom by the Police, From the time of 1999 untill 2016 within Every State Prison and City Jail I have been surrounded by informants and undercover officers visited me On or about Aug 17 2014 and use of force took Place. I have been hospitaled at St bonervis in BX, and within Facilitys

Statement of Fact

13. All Defendants in the Caption of this Complaint Acted within violation of my Constitional right, and I was subjected to USE OF EXCESSIVE Force and harrment by Defendants.

## Prayer For relief

14. PlaintiFF request an order that the defendants have Acted in violation of the united States Consitution

15. PlaintiFF request an order of relief (INJUNCTIVE) because money damages will not ~~at least for~~ ~~poor person~~ adequately redress my Injures And Poor Person relief

16. PlaintiFF request Compensatory damages of twenty five million dollars

Signed this day of ____ 2016

I dEClare under Penalty and Perjury that the for going is true

David Thomas
Plaintiff Name
Pro Se
Dated Oct 28 2016

Clinton Correctional Facility
Po Box 2000
Dannemora, NY 12929

In The United States District Court
For the Southern District of New York

James Thomas

v.

The City of New York
Lt Miguel Lopez
Antonio Mader
Jose Bravo
Audrey Thompson
— ET——
Caption

To the above mentioned

You are hereby summoned and required to serve upon Plaintiff whose address is Clinton Corr Fac POBOX 2000 Dannemora NY 12929 An answer to the Complaint which is herewith served upon you within 20 days after service of this Summons upon you exclusive of the day of Service. If you fail to do so default will be taken against you for relief demanded in this Complaint

Clerk of Court

Dated

James Thomas
15 A4101
Clinton Correctional Facility
PO Box 2000
Dannemora

US District Court
Southern district of New York
US Court house
500 pearl street
NY NY 10007