In The united states district court
for the Southern district of new york

James Thomas

v

The city of new york
po vasquez
Lt miguel Lopez
capt white
Jose bravo

Amended Complaint
Civil action
Civil Action No

RECEIVED
SDNY PRO SE OFFICE
2016 OCT 28 AM 11:17

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-28-16

plaintiff: James Thomas Pro se for their Complaint state as follows,

1) Plaintiff James Thomas is Confined: Clinton Correctional facility
PO Box
Danemora Ny 12929

2) Plaintiff at all times mentioned herein an adult Citizen of the united states and resident of the state of New York

3) Defendant Po Vasquez employed as Parole

4) Defendant Capt White 742 employed as Correction officer

5) Defendant Lt miguel Lopez employed as Police officer

6) Defendant Jose bravo employed as Police officer

7) Defendants City of New York is and was at all relevant times herein a municipal Corporation of the State of New York

8) This action arises under and is brought Pursuant to 42 USC Section 1983 to remedey the deprivation under Color of state law of rights guaranteed by the Eighth and fourteenth Amendments to the united states Constitution. This Court has Jurisdiction Over this action Pursuant to 28 USC Section 1331 and 1343

9)

On or about dec 23 1993 within the bronx area of 2358 Webster ave I James Thomas was setting on the building stars and parole officer Vasquez came up to me and told me to move from the stars and I said no and she told me that she is a part time Federal officer and will set me up on criminal charges throughout my entire life. I was then subjected to a very Excessive use of Force and beaten into gaps of temperary memory lost. Po Vasquez Created a Policy and Custom of ongoing harrassment and False arrest from 1993-2015 by utilizing subornates to act and give False statement. On or about march 10Th 1995 I was walking within the the bronx area of E 180 and I was told by Jane doe that she is being Forced to give Fale statement and say I rob her. As I was walking away I was arrested and beaten into temperary gaps of memory lost. On or about April 11 1999 I was off walking within the bronx area of waton and melissa reyes and vanessa Reyes told me that they are being Forced to say I rob them. As I tried to walk away I was Arrested and beaten into gaps of memory lost. On or about Oct 24 2005 I was within the bronx area of 2080 LaFontaine Ave and And Dwon White Came up to me and Sexually harrassed me, telling me if I dont have sex with him that he will lie and say I rob him. I seen Dwon white get into Lt Miguel Lopez car and I told Lt Lopez that I am being harrassed and he told me Po Vasquez is his wife and beat me into a temperary gap of memory lost and did nothing to Remedy the wrong. On July 11 2013 I was harrassed by Lt Lopez and Jose bravo which lead to to me being beaten into gaps of memory lost. On or about 5-15-2015 I recived a visit from Antonio Madera and he throw razors and drugs on me to set me up and which which lead to a use of force with Capt White. Antonio Madera was brought up to visit me

In The United States District Court
For the Southern District of New York

James Tromo

| The City of New York | Summons
| Dwon white | Civil Action No
| Antonio madera
| Melissa reyes
| Vanessa reyes
| Lt miguel Lopez
| Capt white
| Jose bravo
| Po Vasquez
| Jane doe

To the Above-Mentioned Defendants:
You are hereby summoned and required to serve upon Plaintiff whose address is Clinton Corr Fac Po Box 2000 Dannemora NY 12929 An answer to the Complaint which is hereby served upon you within 21 days After Service of this summons upon you exculuse of the day of service. If you fail to do so judgment by default will be taken against you for the the relief demanded in the Complaint. Any answer that you serve on the Parties to this action must be filed with the Clerk of this Court within a reasonable period of time after Service

Dated _____

Clerk of Courts

PO Vasquez.

10) At all relevant times herein defendant were Persons for Purposes of 42 U.S.C Section 1983 and Acted under Color of law to deprive Plaintiffs Constitutional right as set forth More fully below

Relief

11) I Would Am Requesting that my Criminal record be held within Evidence And all defendants provide statement

12) Plaintiff request an Injunction Alone because money damages are inadequate

13) Plaintiff Request 188 million as Compensatory and damages Signed this 20th day of Oct 2016

x James Thomas

14) I declare under Penalty of Perjury that the foregoing is true and Correct

x James Thomas

Date: Oct 20th 2016

James Thomas
PO Box 10
Dannemora, NY 10929
Clinton Correctional Facility

Clerk
United States District Court
Southern District of New York
US Court House
500 Pearl St
NY, NY

LEGAL MAIL